# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **S 786 S, INC.,** | : | **VIOLATIONS:** |
| | : | |
| | : | **31 U.S.C. §§ 5314, 5322** |
| **Defendant.** | : | **(Failure to File a Report of** |
| | : | **Foreign Bank and Financial Accounts)** |
| | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNTS ONE AND TWO

On or about the dates identified below, within the District of Columbia, and elsewhere, the defendant, **S 786 S, Inc.,** a Virginia corporation, did knowingly and willfully violate the requirements prescribed by the United States Department of Treasury at Title 31, Code of Federal Regulations, Section 103.24(a), namely, by failing to file a Report of Foreign Bank and Financial Accounts ("FBAR") for its bank account at Askari Commercial Bank in Pakistan, which account maintained an aggregate value of more than $10,000 during those years.

*\*\*\**

| Count | Year | FBAR Due Date |
|---|---|---|
| 1 | 2012 | June 30, 2013 |
| 2 | 2013 | June 30, 2014 |

(**Failure to File FBAR**, in violation of Title 31, United States Code, Sections 5314 and 5322(a))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:    /s/
ZIA M. FARUQUI, D.C. Bar 494990
Assistant United States Attorney
CHRIS KALTSAS, N.J. Bar 158592016
Special Assistant United States Attorney
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
zia.faruqui@usdoj.gov
chris.kaltsas@usdoj.gov
202-252-7117 (Faruqui)
202-252-7785 (Kaltsas)